FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDA BEN DeKOVEN
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

Jefferson Parish Sheriff's Office
David Lowe
Gary Bordelon
Jason Spadoni
Justin Brister

Print the full name of all defendants in this action.
DO NOT WRITE et al.

CIVIL ACTION

NO. 18-7809

SECTION

SECT. H MAG. 4

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

TENDERED FOR FILING

AUG 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

✓ Fee paupr
__ Process
X Dktd
__ CtRmDep
__ Doc. No.

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.
_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: JPCC

A. Is there a prisoner grievance procedure in this institution?
Yes ( )  No (✓)

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (✓)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____

III. Parties

(In Item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) __Juda Ben DeRouen__

Prisoner Number __1000341487__

Address __315 Profit ST Marrero, LA 70072__

Date of Birth __6/27/84__

Date of Arrest __August 31 2017__

Date of Conviction _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant _Jefferson Parish Sheriff's office_ is employed as _____
at _Jefferson parish sheriff's office_
Address for service: _P.O. Box 388 Gretna, LA 70053_

C. Defendant _David Lowe_ is employed as _Narcotic Agent_
at _Jefferson Parish Sheriff's office_
Address for service: _P.O. Box 388 Gretna, LA 70053_

D. Defendant _Gary Bordelon_ is employed as _Narcotic Agent_
at _Jefferson Parish Sheriff's office_
Address for service: _P.O. Box 388 Gretna, LA 70053_

E. Defendant _Jason Spadoni_ is employed as _Narcotic Agent_
at _Jefferson Parish Sheriff's office_
Address for service: _P.O. Box 388 Gretna, LA 70053_

F. Defendant _Justin Brister_ is employed as _Narcotic Agent_
at _Jefferson Parish Sheriff's office_
Address for service: _P.O. Box 388 Gretna, LA 70053_

G. Defendant _____ is employed as _____
at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On August 31 2017 Narcotic Agents David Lowe, Gary Bordelon, Jason Spadoni and Justin Brister use excessive force on me. I received multiple injuries from improper procedures. The incident took place on Westbank Expressway and Estalote St.

## Statement of claim

1. On August 31 2017 Narcotic Agents David Lowe, Gary Bordelon, Jason Spadoni And Justin Brister sexual assaulted me while conducting a search. The Narcotic Agents Gary Bordelon, Jason Spadoni and Justin Brister held me against the car while Narcotic Agent David Lowe pulled my shorts and underwear down spreading my buttocks apart looking for narcotics. This incident took place on Westbank Expressway and Estalote. This information was with held from the police report.

## Relief desire

I'm asking the court to grant me $2 million for all medical exspenses, Mental Health Assistance and any other treatment I would need in the future. Also I would like for the Detectives responsible for this to be fire as well.

## Statement of claim

2. On August 31 2017 Narcotic Agents David Lowe Gary Bordelon, Jason Spadoni And Justin Brister investigated me for Narcotics. No Narcotics was found in my possession or in my vehicle. Detective David Lowe falsified the police report. I been incarcerated from the day of my Arrest until now. This incident took place on Westbank Expressway and Estalote. I was falsely put in prison

Relief desire

I'm asking the court to compensate me for lawyer fees and everyday I been held illegally in prison.

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am asking the court to grant me $250,000 for my pain and suffering I experience from injuries, And I would Also like for the Detectives that's responsible for this to be terminated As well

VI.  Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __13__ day of __August__, 20_18_.

_____
(Signature of Plaintiff)

04/2006



Juda DeRoues # 100034l487
P.O. Box 383
Gretna, LA 70053

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130