18-7809 H(1)

This is a letter informing you that I am currently housed At Jefferson Parish Correctional Center. Thankyou for your time

Sincerely,
Juda DeRouen

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 26 2020
           WF
CAROL L. MICHEL
CLERK

TENDERED FOR FILING

____ Fee ____
____ Process ____
X Dktd ____
____ CtRmDep ____
____ Doc. No. ____

MAY 26 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Notice of Change of Address

TENDERED FOR FILING

MAY 26 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 2 6 2020

CAROL L. MICHEL
CLERK

Juda DeRouen # 700334/487
J.P.C.C.
P.O. Box 388
Gretna, LA 70053

NEW ORLEANS LA 700
06 MAY 2020 PM 1 L

Clerk's Office
United States District Court
Eastern District of Louisiana





JEFFERSON
CORRECTIONAL